# EXHIBIT A

AT&T        56% 11:36 AM

**+1 925-231-2038**

| Create contact | Update contact |

**Aug 28 (Tue) 11:33 AM**
00:01:08
California

# EXHIBIT B

