**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SCOTT DOLEMBA, ) | | |
| on behalf of plaintiff and a class, ) | | |
| ) | | |
| Plaintiff, ) | 18 C 6033 | |
| ) | | |
| vs. ) | Judge Kendall | |
| ) | Magistrate Judge Weisman | |
| OOMA, INC. ) | | |
| and JOHN DOES 1-10, ) | | |
| ) | | |
| Defendants. ) | | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Scott Dolemba voluntarily dismisses his individual claims against defendant Ooma, Inc. with prejudice and without costs. Plaintiff Scott Dolemba voluntarily dismisses his class claims against Ooma, Inc. without prejudice and without costs. Plaintiff Scott Dolemba voluntarily dismisses his claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

s/ Christina Sarchio (w/ consent)
Christina Sarchio
DECHERT, LLP
1900 K Street, NW
Washington, D.C. 20006
(312) 646-5800
(312) 646-5858 (FAX)

## **CERTIFICATE OF SERVICE**

  I, Heather Kolbus, certify that on May 30, 2019, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system which caused notice to be sent to the following:

  Christina Guerola Sarchio - christina.sarchio@dechert.com
  Dechert LLP
  1900 K Street, NW
  Washington, D.C. 20006


  Christopher S. Burrichter - christopher.burrichter@dechert.com
  Dechert LLP
  35 W. Wacker Drive, Suite 3400
  Chicago, IL 60601

              s/ Heather Kolbus
              Heather Kolbus


Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200