UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Scott Dolemba
       Plaintiff,

v.                Case No.: 1:18−cv−06033
               Honorable Virginia M. Kendall

Ooma, Inc., et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 4, 2019:

   MINUTE entry (Corrected) before the Honorable Virginia M. Kendall. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Stipulation of Dismissal [31], claims against Ooma, Inc. are dismissed with prejudice and without costs and Class claims against Ooma, Inc. are dismissed without prejudice and without costs. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.